■ JOSEPH RAIA, Respondent, v HUBERT POTOTSCHNIG, Appellant, et al., Defendants. [47 NYS3d 711]—Order, Supreme

Court, New York County (George J. Silver, J.), entered January 5, 2016, which denied the motion of defendant Hubert Pototschnig to reject the report of the referee, unanimously affirmed, with costs.

The court properly denied defendant's motion, rejecting his attempts to relitigate issues already adjudicated in this action (*see Domingez v Zinnar*, 130 AD3d 414 [1st Dept 2015]). Defendant also failed to offer a proposed calculation of interest in response to the court's several requests for him to do so, and the court otherwise afforded defendant ample opportunities to be heard on his objections to the referee's report.

We have considered defendant's remaining arguments and find them unavailing. Concur—Friedman, J.P., Andrias, Feinman, Kapnick and Gesmer, JJ.